UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN MICHAEL RUIZ | CIVIL ACTION |
| VERSUS | NO.   13-5406 |
| JAMES LeBLANC, ROBERT TANNER, ET. AL | SECTION: "C" (4) |

### ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the plaintiff Ruiz's § 1983 claims against the defendants, Secretary James LeBlanc, Warden Robert Tanner, Lieutenant Colonel Billy Anderson, Lorell Morris and Don Wheat, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A.

New Orleans, Louisiana, this __28____ day of _____February_____, 2014.

_____
UNITED STATES DISTRICT JUDGE